United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

v.

City National Bank Cashier's Check #111709 (formerly cashier's check #259925063 in the name of/payable to Eze Cleaning Service, Inc.) in amount of $1,336,034.11 dated 08/29/2018 remitted by EZE Cleaning to the U.S. Marshals Service; City National Bank Cashier's Check #111711 (formerly cashier's check #2520464 in name of/payable to Gilberto E. Vazquez) in amount of $27,348.26, dated 08/30/2018, remitted by EZE Cleaning-Gilberto Vazquez, payable to the U.S. Marshals Service,

        Defendants *in rem*,
_____/

Civil No. 2:19-cv-10400
Honorable George Caram Steeh

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This case was brought against defendants *in rem*, which constitute proceeds and/or property traceable to the proceeds of Health Care Fraud and/or Health Care Fraud Conspiracy, 18 U.S.C. §§ 1347, 1349. Service of the Verified Complaint for Forfeiture, Warrants of Arrest and Notice *in rem* were served upon those individuals associated with the property at issue, as outlined in the government's

motion. The certified and regular mailings were each returned as undeliverable. Notice of Civil Forfeiture was published on an official government internet site, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. No verified claims have been filed. Clerk's entry of default was requested by plaintiff and entered by the Clerk of the Court on April 18, 2019. (ECF No. 6).

The matter is presently before the Court on Plaintiff's Motion For Default Judgment and for Final Order of Forfeiture (ECF No. 9). The Court having reviewed the pleadings and being fully advised in the premises;

**IT IS HEREBY ORDERED** that Default Judgment against EZE Cleaning Service Inc., Osmany Andrades Valdes, Gilberto E. Vazquez, and all other interested parties as to the City National Bank Cashier's Check #111709 (formerly cashier's check #259925063 in the name of/payable to Eze Cleaning Service, Inc.) in amount of $1,336,034.11 dated 08/29/2018 remitted by EZE Cleaning to the U.S. Marshals Service; City National Bank Cashier's Check #111711 (formerly cashier's check #2520464 in name of/payable to Gilberto E. Vazquez) in amount of $27,348.26, dated 08/30/2018, remitted by EZE Cleaning-Gilberto Vazquez, payable to the U.S. Marshals Service is **GRANTED** and **ENTERED**;

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of

EZE Cleaning Service Inc., Osmany Andrades Valdes, Gilberto E. Vazquez and all other interested parties, or their successors and assigns, in the City National Bank Cashier's Check #111709 (formerly cashier's check #259925063 in the name of/payable to Eze Cleaning Service, Inc.) in amount of $1,336,034.11 dated 08/29/2018 remitted by EZE Cleaning to the U.S. Marshals Service; City National Bank Cashier's Check #111711 (formerly cashier's check #2520464 in name of/payable to Gilberto E. Vazquez) in amount of $27,348.26, dated 08/30/2018, remitted by EZE Cleaning-Gilberto Vazquez, payable to the U.S. Marshals Service is forever **EXTINGUISHED,** and the City National Bank Cashier's Check #111709 (formerly cashier's check #259925063 in the name of/payable to Eze Cleaning Service, Inc.) in amount of $1,336,034.11 dated 08/29/2018 remitted by EZE Cleaning to the U.S. Marshals Service; City National Bank Cashier's Check #111711 (formerly cashier's check #2520464 in name of/payable to Gilberto E. Vazquez) in amount of $27,348.26, dated 08/30/2018, remitted by EZE Cleaning-Gilberto Vazquez, payable to the U.S. Marshals Service is **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(6); accordingly, a Final Order of Forfeiture as to City National Bank Cashier's Check #111709 (formerly cashier's check #259925063 in the name of/payable to Eze Cleaning Service, Inc.) in amount of $1,336,034.11 dated 08/29/2018 remitted by EZE Cleaning to the

U.S. Marshals Service; City National Bank Cashier's Check #111711 (formerly cashier's check #2520464 in name of/payable to Gilberto E. Vazquez) in amount of $27,348.26, dated 08/30/2018, remitted by EZE Cleaning-Gilberto Vazquez, payable to the U.S. Marshals Service is **GRANTED** and **ENTERED**.

**IT IS FURTHER ORDERED** that the United States Marshals Service is hereby **AUTHORIZED** to dispose of the Defendants *in rem* according to law.

Dated: MAY 2 0 2019

Honorable George Caram Steeh
United States District Judge
Eastern District of Michigan